**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| PAIDEN BRADSHAW,<br><br>Plaintiffs,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC. and HUDSON HOMES MANAGEMENT, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: |

**<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant IQ Data International, Inc. ("IQ Data"), by and through Gordon Rees Scully Mansukani, LLP, hereby files its Notice of Removal of the action styled *Paiden Bradshaw v. IQ Data International, Inc., et al.,* Case Number: 2026CV009189 to remove this case from the Circuit Court of Milwaukee County, Wisconsin, to the United States District Court Eastern District of Wisconsin. The grounds for removal are as follows:

## I. <u>INTRODUCTION</u>

1. On October 7, 2026, Plaintiff Paiden Bradshaw filed a complaint in the Circuit Court of Milwaukee County, WI, styled *Paiden Bradshaw v. IQ Data International, Inc. et al.,* bearing Case Number 2026CV009189. Pursuant to 28 U.S.C. § 1446(a), copies of those summons, process, pleadings, motions, and orders served on IQ Data in the State Court Action are attached hereto as "Exhibit A."

2. IQ Data first received notice of this lawsuit on October 20, 2026, when it was served with a copy of Plaintiff's summons and Complaint. *See* Proof of Service.

3. Plaintiff Paiden Bradshaw's Complaint alleges that IQ Data violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), by attempting to collect a debt that included charges not legally owed, misrepresenting the character and amount of the debt, and continuing to report the alleged $11,034 debt to Experian, Equifax, and TransUnion despite Plaintiff's disputes. Plaintiff further alleges that IQ Data violated the Fair Credit Reporting Act ("FCRA") by reporting inaccurate and false consumer information, failing to conduct a reasonable investigation into the disputed information, and failing to correct Plaintiff's credit file. *See* Exhibit A, Complaint, ¶¶ 53–61, 64–67.

4. Plaintiff alleges she suffered actual damages including reduced credit access, reduced credit scores, and emotional distress. *Id.*, ¶ 66.

## II. <u>THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED</u>

5. IQ Data first received notice of the Complaint on October 20, 2026, upon service of the summons and Complaint. Therefore, IQ Data's removal of this action is timely in accordance with 28 U.S.C. § 1446(b), because IQ Data's Notice of Removal was filed within 30 days. 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions and orders served upon IQ Data are attached as "Exhibit A."

7. Co-defendant Hudson Homes Management has been advised of this removal and consents to it.

8. This Court embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a copy is being filed with the Circuit Court of Milwaukee County, WI.

10. If any question arises regarding the propriety of the removal of this action, IQ Data respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

## III. THIS COURT HAS FEDERAL QUESTION JURISDICTION

12. As noted above, Plaintiff purports to set forth causes of action for claimed violations of the FDCPA, 15 U.S.C. § 1692 *et seq* and FCRA. Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331, because the resolution of Plaintiff's claims will require the adjudication of a disputed question of federal law.

13. Because Plaintiff's claims arise under the laws of the United States, removal of this cause of action is appropriate under 28 U.S.C. §§ 1441(a)-(c).

WHEREFORE, Defendant IQ Data International, Inc. hereby removes the action now pending against it in the Circuit Court of Milwaukee County, WI and requests that this Court assume and retain full jurisdiction over this action for all further proceedings.

Dated: November 19, 2026,

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Krista Easom*
Krista Easom #6320568
Paul Gamboa #6282923
One North Wacker Drive, Suite 1600
Chicago, Illinois 60606
Tel: (312) 565-1400
Fax: (312) 565-6511
keeasom@grsm.com
pgamboa@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2026, I served a true and correct copy of NOTICE OF REMOVAL was served upon Riad T. El-Azem, Esq., Counsel for Plaintiff Paiden Bradshaw, via electronic mail at rel-azem@legalaidmke.com.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP
By: /s/ Krista Easom
Krista Easom
keasom@grsm.com
One North Wacker Street, Suite 1600
Chicago, IL 60606
Telephone:312-565-1400
Attorneys for Defendant IQ Data International, Inc.